IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| BEAU M. HARVEY, | ) | Case No. 3:23cv1079 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES R. KNEPP II |
| | ) | |
| v. | ) | |
| | ) | |
| KURT RILLEMA, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |

The telephone hearing on the Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunctive Relief in the above-entitled case is set for June 2, 2023 at 2:00 p.m.. Presently Defendant Kurt Rillema (0444138) is incarcerated in Michigan at the Oakland County Jail but shall attend the hearing via telephone.

The Warden of the Oakland County Jail shall make Defendant available for the hearing via telephone. Contact between the Court and the facility shall be made pursuant to instructions to be provided under separate cover.

IT IS SO ORDERED.

Dated: June 1, 2023

_____
James R. Knepp II
United States District Judge